DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

AUSTIN KENNETH STUENKEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2024-2391
_____

November 14, 2025

Appeal from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

Blair Allen, Public Defender, and Jeffrey Sullivan, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

     Affirmed.

SILBERMAN, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.